NO. 05-14-01398-CR

PD-1450&1451-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk
FILED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

IN the

Court of Criminal APPEALS

Austin, Texas

Christopher Lee Cole

V.

The State of Texas

From Appeal NO. 05-14-01398-CR + 05-14-01399-CR

trail Cause NO. F-13-53515

Dallas County

First motion for extension of time to File Petition for Discretionary Review.

To The Honorable Judges of the Court of Criminal Appeals:

Come now, Christopher Lee Cole, Petitioner, And Files this motion for AN extension of sixty (60) days in which to File A Petition for Discretionary Review.